IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLEY A. LYONS, INDIVIDUALLY, AS NEXT OF KIN, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CORA V. UNDERWOOD, DECEASED,<br><br>    Plaintiffs,<br><br>V.'<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br>    Defendant. | Civil Action No.:<br> 1:18-cv-04624-WMR<br><br>JURY TRIAL DEMANDED |

**ORDER ON PLAINTIFFS' MOTION TO COMPEL AND**
**DEFENDANTS MOTION FOR PROTECTIVE ORDER**

The Court, having reviewed the Plaintiffs' Motion to Compel [Doc. 36], Defendant's Response [Doc. 42], and Plaintiffs' Reply [Doc. 46], as well as Defendant's Motion for Protective Order [Doc. 41], Plaintiffs' Response [Doc. 47], and Defendant's Reply [Doc. 51], and having heard argument of the parties on August 23, 2019, hereby grants in part and denies in part each motion.

The Court GRANTS Plaintiffs' Motion to Compel [Doc. 36] as to Request for Production Nos. 1 and 3, and DENIES Plaintiffs' Motion to Compel as to Request for Production No. 13. Defendant shall provide to Plaintiffs full responses to Request for Production Nos. 1 and 3 no later than September 6, 2019.

1

The Court DENIES Defendant's Motion for Protective Order [Doc. 41] as to Subject Matter Topic 1 and 3, and GRANTS Defendant's Motion for Protective Order as to Subject Matter No. 13.  Defendant's Rule 30(b)(6) witness shall appear in Atlanta for the continuation of her August 16, 2019 deposition on October 3, 2019, a date that has been mutually agreed upon by the parties.  Plaintiffs' Expert Disclosure date shall be moved to October 14, 2019, Defendant's Expert Disclosure Date shall be moved to November 11, 2019, and the date for Completion of Expert Discovery shall be moved to December 18, 2019.  All other deadlines shall remain the same.

SO ORDERED this 9th day of September, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE